UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Patrick R. Viancourt | ) | CASE NO. 2:20-cv-628 |
| Plaintiff, | ) ) ) | JUDGE |
| v. | ) ) ) | |
| Paragon Wholesale Foods Corp. | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF PATRICK R. VIANCOURT

In accordance with 28 U.S.C. § 1746, I, Patrick R. Viancourt, declare as follows:

1. I am the plaintiff in the above-captioned matter. I make this declaration based on my personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of my Employment Agreement with Paragon Wholesale Foods Corp.

3. Attached hereto as Exhibit B is a true and correct copy of emails that I exchanged with Elaine Bellin, the Chief Executive Officer of Paragon Wholesale Foods Corp., from November 29, 2019 through December 18, 2019.

4. Attached hereto as Exhibit C is a true and correct copy of a text message that I received from Ms. Bellin on March 18, 2020, in which Ms. Bellin stated, "We have been decimated and I will not funds to pay you Pat. I wanted you to know that I'm advance."

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2020.

_____
Patrick R. Viancourt

27127747