# EXHIBIT 3



> Ok call you in 30

**Wed, Mar 18**, 5:30 PM

> Can you talk?



**New contact photo available**
Update Contact...

> Both Sean and I spoke with Bill.

Thank you

Today 5:24 PM

> I received your voicemails. I will be available to talk after 10:00 am tomorrow morning (Thursday).
>
> Delivered

We have been decimated and I will not funds to pay you Pat. I wanted you to know that I'm advance.

Here is her message back to me.

**Thu, Mar 19**, 9:18 AM

  iMessage